UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X 1:09-cv-1677
JASWINDER SINGH,
Petitioner, Detained.
Vs.
JAMES T. WILSON, in official capacity
SDDO Newark New Jersey Field Office Director
JANET NAPOLITANO, in official capacity as
Secretary of Homeland Security
ERICK HMPTON HOLDER, in official Capacity as
Attorney General of United States
DISTRICT DIRECTOR
UNITED STATES CITITZENSHIP & IMMIGRATION
OFFICE OF NEW YORK
Respondents.
--------------------------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

I, Archna Sharma, hereby certify that on April 24, 2009, I served by certified U.S. mail a true and correct copy of the amended petition for the writ of Habeas Corpus in the case number 1:09-cv-1677of Jaswinder Singh Vs. James T. Wilson, Janet Napoiltano, Erick Hmpton, District director USCIS to the following parties:

**JAMES T. WILSON, in official capacity as
SDDO Newark New Jersey Field Office Director
Immigration and Customs Enforcement
U.S. Department of Homeland Security
970 Broad Street, Room 1104B
Newark, New Jersey 07102**

**JANET NAPOLITANO, in official capacity as
Secretary of Homeland Security
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528**

**ERICK HMPTON HOLDER, in official Capacity as
Attorney General of United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 205300001**

**DISTRICT DIRECTOR
USCIS
26 Federal Plaza
NEW YORK NEW YORK 1007**

_A. Sharm_
Archna Sharma
Office Manager