Dahiya Law Offices LLC<br>
325 Broadway Suite 304<br>
New York New York 10007<br>
Tel: 212 766 8000<br>
Fax: 212 766 8001

COURTESY COPY - ORIGINAL FILED BY ECF

April 30, 2009

JUDGE CAROL BAGLEY AMON
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

Re: Jaswinder Singh (09-cv-1677)

Respected Judge:

I, the undersigned attorney, represent Jaswinder Singh in the aforesaid Habeas Petition. The petitioner is a 19 year old boy, presently in an immigration custody in the State of New Jersey.

Your honor, the petitioner and his mother and brother are also in an immigration proceeding seeking asylum relief before a New York Immigration Judge sitting at 26 Federal Plaza, New York. The petitioner's father was killed in a fatal accident couple of years back. His mother is illiterate and does not have any help, she is devastated by son's continued detention.

I am writing to invoke your honor's kind consideration to have a hearing on this matter on an expedited basis. Thank you.

Sincerely,

Karamvir S. Dahiya, for Singh

CC:
JAMES T. WILSON, in official capacity as
SDDO Newark New Jersey Field Office Director
Immigration and Customs Enforcem
U.S. Department of Homeland Securit
970 Broad Street, Room 1104B
Newark, New Jersey 07102


ERICK HMPTON HOLDER, in official Capacity as
Attorney General of United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001