Angela Marra
Assistant Chief Counsel
U.S. DHS – ICE
26 Federal Plaza, Room 1130
New York, NY  10278

**DETAINED**

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
26 FEDERAL PLAZA
ROOM 1237
NEW YORK, NY  10278

| | |
|---|---|
| IN THE MATTER OF : | |
| SINGH, Jaswinder : | File No. A94 816 651 |
| In removal proceedings : | |

Immigration Judge Terry Bain

Scheduled Hearing Date:  July 7, 2009

**DEPARTMENT OF HOMELAND SECURITY'S MOTION TO CHANGE VENUE**

a-13

## TABLE OF CONTENTS

1. Motion to Change Venue
2. Immigration Judge's Order Denying Bond

3-13

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
NEW YORK, NEW YORK

| | |
|---|---|
| IN THE MATTER OF | : |
| SINGH, Jaswinder | : A94 816 651 |
| RESPONDENT | : |

## U.S. DEPARTMENT OF HOMELAND SECURITY'S MOTION TO CHANGE VENUE

Pursuant to 8 C.F.R. §1003.20(b), the Department of Homeland Security, through its undersigned attorney, respectfully requests that this Court change venue in the above-referenced proceeding from New York, New York to Newark, New Jersey as the respondent currently is in DHS custody in that jurisdiction.

The respondent previously was scheduled for an individual hearing at Federal Plaza on April 8, 2009. He was unable to attend the hearing because he was detained. The respondent's attorney indicated that the respondent was scheduled for a bond hearing on April 9, 2009 before Immigration Judge Susan Roy, and that he expected the respondent to be granted a bond. IJ Roy denied bond and the respondent remains detained.

**Wherefore**, the Department respectfully requests that this Court grants its motion to change venue to Newark, New Jersey.

Respectfully submitted,

*Angela Marra*
Angela Marra
Assistant Chief Counsel, DHS/ICE
New York District
Dated: May 8, 2009

4-13

**Department of Homeland Security**
**Immigration and Customs Enforcement**

**Notice to EOIR: Alien Address**

Date: March 24, 2009

To: Office of the Immigration Judge, EOIR
970 Broad Street, Room 1135
Newark, NJ 07102

From: Field Office Director / Deportation and Removal
970 Broad Street
Newark, NJ 07102

Respondent: SINGH, JASWINDER    Number: **A94 816 651**

☐ Currently incarcerated by federal, state or local authorities. A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by the ICE (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

His/her anticipated release date is.

> **SUBJECT'S NEXT COURT DATE IS FOR 4/8/09 IN NEW YORK**

☒ Detained by ICE on: 3/24/09 at:
   **ESSEX County** Jail
   354 DOREMUS AVENUE
   Newark, NJ 07105

☐ Detained by ICE and transferred on          to:

☐ Released from ICE custody on the following condition(s):
   ☐ Order of Supervision or Own Recognizance (Form I-220A)
   ☐ Bond in the amount of
   ☐ Removed, Deported, or Excluded
   ☐ Other

Upon release from ICE custody, the respondent reported his/her address and telephone number would be:

☐ I hereby certify that the respondent was provided an EOIR-33 Form and notified that they must inform the Immigration Court of any further change of address.

ICE Official: **Raymond Ortiz, Deportation Officer**

Form I-830 (Rev.4/26/99) N

S-13

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
NEWARK, NJ

FILE: A094-816-651

IN THE MATTER OF:

SINGH, JASWINDER

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

__✓__ ORDERED that the request for a change in custody status be denied.

_____ ORDERED that the request be granted and that respondent be:

_____ released from custody on his own recognizance

_____ released from custody under bond of $_____

_____ OTHER _____

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: waived - reserved *by Respondent*

NEWARK -- NEWARK, NEW JERSEY

Date: Apr 9, 2009

*Appeal due: May 11, 2009*

SUSAN G. ROY
Immigration Judge

XS

SINGH, Jaswinder
A94 816 651

## CERTIFICATE OF SERVICE

On May 8, 2009, I, Angela Marra, served a copy of this submission to Karamuir Dahiya, Esq. at 325 Broadway, Suite 304, New York, NY 10007, by placing it in my office's outgoing mail box.

*Angela Marra*
Angela Marra

7-13